1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   ABRAHAM A. SIMMONS (CSBN 146400)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
6  Telephone: (415) 436-7264
   Facsimile: (415) 436-6748
7  Email: abraham.simmons@usdoj.gov

8  Attorneys for Federal Defendant
   United States Postal Service
9

ORIGINAL FILED
08 MAR 26 PM 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON MURPHY, | Case No. CV 08-1628 JL |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF NOTICE OF REMOVAL** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on March 26, 2008 she caused a copy of:

1) Notice of Removal filed March 26, 2008;

2) Order Setting Initial Case Management Conference and ADR Deadlines filed March 26, 2008; Case Management Standing Order for all Judges of the Northern District of California;

3) Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a

1 | Magistrate Judge and Request for Reassignment to a United States District Judge;
2 | 4)  ECF Registration Information Handout;
3 | 5)  Welcome to the U.S. District Court, San Francisco; Drop Box Filing Procedures; and
4 | 6)  Proof of Service
5 | to be served upon the persons at the place and addresses stated below, which are the last known
6 | addresses:

Shannon Murphy
General Delivery
Berkeley, CA 94704-9999

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of March 2008 at San Francisco, California.

_____
Diann Lackey
Paralegal Specialist

NOTICE OF REMOVAL
Murphy v. US Postal Service                    -2-