1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7264
6      Facsimile:    (415) 436-6748
       Email:       abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                            UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11
   SHANNON O. MURPHY,                    )     No. C 08-1628 JL
12                                        )
                    Plaintiff,            )
13                                        )     **DECLINATION TO PROCEED**
            v.                            )     **BEFORE A MAGISTRATE JUDGE**
14                                        )     **AND REQUEST FOR REASSIGNMENT**
   UNITED STATES POSTAL SERVICE,         )     **TO A UNITED STATES DISTRICT**
15                                        )     **JUDGE**
                    Defendant.            )
16  _____)

17          REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18          The undersigned party hereby declines to consent to the assignment of this case to a

19  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

20  this case to a United States District Judge.

21                                              Respectfully submitted,

22                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
23

24
   Dated: June 26, 2008                                      /s/
25                                              ABRAHAM A. SIMMONS
                                                Assistant United States Attorney
26

27

28