```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

        450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
        Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
```

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON O. MURPHY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | No. C 08-1628 JL<br><br>**CERTIFICATE OF SERVICE** |

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on June 26, 2008, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**Declination to Proceed Before a Magistrate Judge and Request<br>for Reassignment to a United States District Judge**

addressed to:

Shannon O. Murphy, Pro Se
General Delivery
Berkeley, CA 94704-9999

1   at this last known address at which place there is service by United States mail.

2       This Certificate is executed on June 26, 2008, at San Francisco, California.

3       I certify under penalty of perjury that the foregoing is true and correct.

4

5                           /s/ Tina Louie
                            TINA LOUIE

6                             Legal Assistant

7

8

...

28

Certificate of Service
C-08-1628 JL                               2