```
 1  JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, 9th Floor
 5      San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
 6      Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON O. MURPHY,            )<br>                               )<br>           Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>UNITED STATES POSTAL SERVICE,  )<br>                               )<br>           Defendant.          )<br>                               )<br>                               )<br>_____) | No. C 08-1628 JL<br><br>**CERTIFICATE OF SERVICE** |

     I, TINA LOUIE, declare:

     That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

     That on June 26, 2008, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**Notice of Need for ADR Phone Conference**

addressed to:

Shannon O. Murphy, Pro Se
General Delivery
Berkeley, CA 94704-9999

1 at this last known address at which place there is service by United States mail.

2     This Certificate is executed on June 26, 2008, at San Francisco, California.

3     I certify under penalty of perjury that the foregoing is true and correct.

4

5                 /s/ Tina Louie
                TINA LOUIE
6                 Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C-08-1628 JL                 2