1
2                              UNITED STATES DISTRICT COURT
3                             NORTHERN DISTRICT OF CALIFORNIA

4  SHANNON MURPHY

5          Plaintiff(s),                              No. 08-01628 JL

6      v.                                             NOTICE OF IMPENDING
                                                      REASSIGNMENT TO A UNITED
7                                                     STATES DISTRICT COURT JUDGE

8  UNITED STATES POSTAL SERVICE

9          Defendant(s).
   _____/
10

11       The Clerk of this Court will now randomly reassign this case to a United States District

12  Judge because either:

13  **XX**    (1)    One or more of the parties has requested reassignment to a United States

14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16  restraining order) that a United States Magistrate Judge may not take without the consent of

17  all parties, the necessary consents have not been secured, and time is of the essence.

18       The **CASE MANAGEMENT CONFERENCE** previously scheduled for July 2, 2008 at

19  10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21  Dated:  June 27, 2008

22

23
                                                      Richard W. Wieking, Clerk
24                                                    United States District Court

25                                                    _____
                                                      By: Wings Hom, Deputy Clerk
26

27

28

reassig1.DCT                                 1