1 JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
2 JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    Facsimile: (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SHANNON O. MURPHY, | ) | No. C 08-1628 CW |
|     Plaintiff, | ) | |
|     v. | ) | **CERTIFICATE OF SERVICE** |
| UNITED STATES POSTAL SERVICE, | ) | |
|     Defendant. | ) | |

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on July 11, 2008, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**Case Management Scheduling Order for Reassigning Civil Case**

addressed to:

Shannon O. Murphy, Pro Se
General Delivery
Berkeley, CA 94704-9999

1 at this last known address at which place there is service by United States mail.

2     This Certificate is executed on July 11, 2008, at San Francisco, California.

3     I certify under penalty of perjury that the foregoing is true and correct.

    /s/ Tina Louie
    TINA LOUIE
    Legal Assistant