JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:     (415) 436-6730
Facsimile:     (415) 436-7169
Email: Melanie.Proctor@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON O. MURPHY, ) | No. C 08-1628 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  PLEASE TAKE NOTICE that the Melanie L. Proctor is now co-counsel for Defendant in the above-captioned case.

   Melanie L. Proctor
   Office of the United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

DATED: July 21, 2008              Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  _____/s/_____
                                  MELANIE L. PROCTOR
                                  Assistant United States Attorney

NOTICE OF APPEARANCE
No. C 08-1628 CW                         1

**CERTIFICATE OF SERVICE**

<u>**Murphy v. USPS**</u>
**C 08-1628 JL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**NOTICE OF APPEARANCE**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Shannon Murphy, Pro Se
General Delivery
Berkeley, CA 94704-9999

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2008 at San Francisco, California.

                               _____/s/_____
                               MELANIE L. PROCTOR