UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MURPHY,

       Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

       Defendant.

NO. 08-01628CW

**MINUTE ORDER**
Date: 7/22/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
No appearance

**Appearances for Defendant:**
Melanie Proctor

**Case Management Conference Held?:** Yes

Notes: No appearance by plaintiff. Court will issue OSC. **Case Management Conference continued to 8/26/08 at 2:00 p.m.** Plaintiff to file CMC statement one week prior. If no statement filed and plaintiff fails to appear, the Court will dismiss case without prejudice for failure to prosecute. AUSA may appear by telephone.

Copies to: Chambers