Shannon Murphy
General Delivery
Berkeley, CA 94704-9999

CV08-01628 CW

$ 00.59

JUN 30 2008
MAILED FROM ZIP CODE 94612

02 1A
0004333787

FILED

AUG - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE    945    DC 1    00 08/01/08

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 94612521299    *1605-00724-30-44

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300