Shannon Murphy
General Delivery
Berkeley, CA 94704-9999

CV08-01628 CW

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE    945 DC 1    00 08/01/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 94612521299    *1905-04720-29-39