JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON O. MURPHY,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>             Defendant. | No. C 08-1628 CW<br><br>DEFENDANT'S ANSWER |

       Defendant United States Postal Service, without waiving affirmative defenses as follow, hereby answers the plaintiff's claim filed January 3, 2008, in the Alameda County Superior Court. With respect to the numbered paragraphs in the complaint, defendant answers each as follows:

1.   Paragraph one is a description of the plaintiff including an address where plaintiff can purportedly receive mail. Defendant lacks knowledge sufficient to admit or deny the allegations in this paragraph and the allegations are, on this basis, denied.

2.   Paragraph two is an erroneous description of the United States Postal Service. To the extent that a response is deemed necessary, defendant denies that plaintiff has identified an appropriate defendant in this case.

3.   Denied.

1  4.   Defendant is without knowledge sufficient to admit or deny the allegations in this
2       paragraph and on this basis the allegations are denied.
3  5.   Paragraph five is a legal conclusion stating plaintiff's basis for filing his claim in small
4       claims court in Alameda County.  To the extent that a response is deemed necessary,
5       defendant denies that plaintiff chose an appropriate venue for his case.
6  6.   Denied.
7  7.   Admitted.
8  8.   Admitted.
9  9.   Defendant is without knowledge sufficient to admit or deny the allegations in this
10      paragraph and on this basis the allegations are denied.
11 10.  Defendant is without knowledge sufficient to admit or deny the allegations in this
12      paragraph and on this basis the allegations are denied.
13 11.  Defendant is without knowledge sufficient to admit or deny the allegations in this
14      paragraph and on this basis the allegations are denied.

## **AFFIRMATIVE DEFENSES**

16 12.  Plaintiff has failed to state a claim upon which relief can be granted.
17 13.  Plaintiff has failed to exhaust his administrative remedies with respect to some of the
18      allegations in his complaint.
19 14.  All actions taken by defendant or his agents with respect to plaintiff were taken for
20      legitimate, non-discriminatory reasons and there were no acts of discrimination or
21      reprisal, nor any violation of Title VII or the Age Discrimination in Employment Act, or
22      any other law, taken by defendant against plaintiff in any way.
23 15.  Plaintiff seeks damages and other relief that is not authorized under any statute.
24 16.  Plaintiff's claims are preempted by federal statutes including, but not limited to, Civil
25      Service Reform Act of 1978.
26 17.  WHEREFORE, defendant prays that plaintiff take nothing by reason of his suit, that
27 / / /
28 / / /

Defendant's Answer
C-08-1628 CW                                    2

1 | judgment be rendered in favor of defendant for costs or suit incurred herein, and for such other
2 | and further relief as to this Court may deem proper.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 20, 2008

_____/s/_____
ABRAHAM A. SIMMONS
Assistant United States Attorney

Defendant's Answer
C-08-1628 CW                                 3