1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
6       Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11
   SHANNON O. MURPHY,              )   No. C 08-1628 CW
12                                 )
                    Plaintiff,     )
13                                 )
              v.                   )
14                                 )   **CERTIFICATE OF SERVICE**
   UNITED STATES POSTAL SERVICE,   )
15                                 )
                    Defendant.     )
16                                 )
                                   )
17 _____ )

18      I, TINA LOUIE, declare:

19      That I am a citizen of the United States and employed in the City and County of San

20 Francisco, California; that my business address is United States Attorney's Office, 450 Golden

21 Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen

22 years; and that I am not a party to the above-entitled action;

23      That on August 20, 2008, I deposited in the United States mails, in an envelope bearing

24 the requisite postage, a copy of:

25                         **Defendant's Answer**

26 addressed to:

27 Shannon O. Murphy, Pro Se
   General Delivery
28 Berkeley, CA 94704-9999

1  at this last known address at which place there is service by United States mail.
2      This Certificate is executed on August 20, 2008, at San Francisco, California.
3      I certify under penalty of perjury that the foregoing is true and correct.
4
5                  /s/ Tina Louie
                TINA LOUIE
6                  Legal Assistant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certificate of Service
C-08-1628 CW           2