IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON MURPHY,

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

    Defendant.
                                 /

No. 08-01628 CW

ORDER OF DISMISSAL

On July 22, 2008, a Case Management Conference was held. No appearance was made on or behalf of Plaintiff. Thereafter, the Court issued an Order to Show Cause Re Dismissal wherein Plaintiff was to file a Case Management Statement by August 19, 2008. Failure to comply with the Order would result in dismissal of this case for failure to prosecute. On August 4, 2008, the Order to Show Cause was returned by the Post Office with the notation, "Return to Sender - Unclaimed - Unable to Locate." Accordingly,

IT IS HEREBY ORDERED that the above captioned case is dismissed for failure to prosecute.

8/25/08

Dated

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MURPHY et al,

        Plaintiff,

  v.

UNITED STATES POSTAL SERVICE et al,

        Defendant.

Case Number: CV08-01628 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abraham A. Simmons
Melanie Lea Proctor
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Shannon Murphy
General Delivery
Berkeley, CA 94704-9999

Dated: August 25, 2008

                          Richard W. Wieking, Clerk
                          By: Sheilah Cahill, Deputy Clerk